

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2016

No. 04-16-00323-CV

**IN RE JENNIFER VILLARREAL**,

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015CV06504
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The appellant's second motion for extension of time to file brief is hereby GRANTED. Time is extended to August 24, 2016.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2016.

Keith E. Hottle
Clerk of Court